IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**WILLIAM W. J. VAN LEEUWEN**                                                                 **PLAINTIFF**

V.                            **CASE NO. 3:20-CV-03027**

**SHERIFF TIM ROBERSON;**
**CPL. CAMERON PAGE;**
**CPL. SCOTT HORNADAY;**
**SGT. RICHARD PEMBERTON; and**
**DEPUTY CHAD COLE**                                                                          **DEFENDANTS**

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that in accordance with the Memorandum Opinion and Order filed this date, this case is **DISMISSED WITH PREJUDICE** on Defendants' Motion for Summary Judgment.

**IT IS SO ORDERED AND ADJUDGED** on this 22nd day of March, 2021.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE